MARTIN, J.

v.

VILLA, B.

**128 EDA 2016**

Superior Court of Pennsylvania.

08/15/2017

2015–C–406
(Lehigh)
Vacated/Remanded

■

COM.

v.

BEATTIE, K.

**135 EDA 2016**

Superior Court of Pennsylvania.

08/15/2017

CP–51–CR–0011069–2012
(Philadelphia)
Affirmed

COM.

v.

MANSON, K.

**854 EDA 2016**

Superior Court of Pennsylvania.

08/15/2017

CP–51–CR–0013137–2011
(Philadelphia)
Affirmed

■

COM.

v.

TUCKER, H.

**962 EDA 2016**

Superior Court of Pennsylvania.

08/15/2017

CP–46–CR–0009299–2012 (Montgomery)
Affirmed